```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 23 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DARRYL HARRIS,

             Petitioner,

    -v-

WILLIAM HULIHAN, SUPT.,

             Respondent.
----------------------------------------------------------X

No. 11 Civ. 3019 (RA)

ORDER ADOPTING REPORT AND
RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

    The Court hereby adopts the thoughtful and well-reasoned Report and Recommendation of Magistrate Judge Dolinger, dated August 8, 2012, to which no objection has been filed. Accordingly, the petition for a writ of habeas corpus is denied and the action is dismissed with prejudice.

    The parties' failure to file written objections, after Magistrate Judge Dolinger warned that such failure may constitute a waiver of those objections, precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008).

SO ORDERED.

Dated:    October 23, 2012
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge